United States District Court
Southern District of Texas

**ENTERED**

May 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KAREN SADAY GANDOL RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01447 |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

For the reasons stated in the Court's Order granting habeas relief (Doc. #9) and having considered the status report (Doc. #10) filed by Respondents, the Court now enters final judgment in this case.

The Clerk is DIRECTED to close this case.

It is so ORDERED.

**MAY 0 5 2026**

_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge